IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Crystal Brown,

    Plaintiff(s),

vs.

Navient,

    Defendant(s).

Case Number: 1:18cv398

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 23, 2018 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 6, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is DISMISSED in its entirety for want of prosecution and for failure to obey an Order of the Court.

IT IS SO ORDERED.

                                                                          Judge Susan J. Dlott
                                                                          United States District Court